THOMAS B. PAPAS, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant. (Action No. 1.) —

Close, P. J., Hagarty, Taylor and Lewis, JJ., concur; Carswell, J., concurs in the result.